No. 1598, Misc. WARD v. MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1599, Misc. FAIR v. FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 1600, Misc. GILMORE v. REAGAN ET AL. Sup. Ct. Cal. Certiorari denied.

No. 1601, Misc. HARDEN v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 1608, Misc. TROGLIO v. SHERWIN-WILLIAMS Co. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Irving Olds Murphy* for respondent.

No. 1611, Misc. MORGAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Rogovin, Joseph M. Howard* and *John P. Burke* for the United States.

No. 1616, Misc. BROWN v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 1630, Misc. HUSKEY v. YANKWICH, U. S. DISTRICT JUDGE. C. A. 9th Cir. Certiorari denied.

No. 1698, Misc. BARNES v. WAINWRIGHT, CORRECTIONS DIRECTOR. Sup. Ct. Fla. Certiorari denied.

No. 1495, Misc. ALFORD v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Leon B. Polsky* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.